approved. The appeal must be argued or submitted at that term; if not, it will be dismissed. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

MARY WALBROEHL and JOSEPH WALBROEHL, Respondents, v. GUISEPPINA MASELLI and Others, Defendants, and CENTRAL HAVEN REALTY CO., INC., Appellant.— Order of the County Court of Nassau county dated May 7, 1930, denying motion to open default, in so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ., concur.

DALOCK REALTY CORPORATION, Respondent, v. JOHN AIELLO, Appellant.— Application denied, with ten dollars costs. (New York City Mun. Ct. Code, § 154, subd. 8.)█

ELIZABETH C. BARTON, Plaintiff, v. OSTEND BATHS, INC., etc., Defendant. SAMUEL and SOLOMON SOCHET, etc., Appellants, v. THOMAS DOWNS, as Receiver, etc., and Another, Respondents. MANNIE COHN, Appellant, v. THOMAS DOWNS, as Receiver, etc., and Another, Respondents.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for Monday, May 4, 1931 (for which day the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

THERESA L. CARRIGER, Respondent, v. JAMES B. CARRIGER, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

WILLIAM P. GOOLEY, Respondent, v. JOHN W. JAMES, JR., and Others, Appellants.— Motion for stay pending appeal denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

GEORGE HOLZNAGEL, an Infant, by His Guardian ad Litem, IDA WOOD, Appellant, v. EDWARD MANION, JR., Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of Proving the Last Will and Testament of SAMUEL A. BELL, Deceased, as a Will of Real and Personal Property. ALICE BELL and Others, Appellants.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of THOMAS VITELLI, Appellant, as Administrator, etc., of ROSE or ROSA VITELLI, etc., Deceased, to Discover Certain Property of Said Deceased Claimed to Be Withheld by MARIANNO GIORDANO, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.